IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02030–CMA–KMT

CLINTON J. DAWSON, and
JANELL DAWSON,

    Plaintiffs,

v.

GOLDMAN SACHS & COMPANY,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File Second Amended Complaint, to Establish Deadline for Response and to Allow Additional Pages to Briefs" (Doc. No. 43, filed Feb. 21, 2014) is GRANTED in part and DENIED in part.

The Motion is GRANTED to the extent it seeks leave to file a Second Amended Complaint and to set a deadline for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint.  The Clerk of Court is directed to file Plaintiff's Second Amended Complaint (Doc. No. 43-1).  Defendant shall answer or otherwise respond to Plaintiff's Second Amended Complaint no later than March 25, 2014.

The Motion is DENIED without prejudice to the extent it seeks to leave to file a motion to dismiss and response in excess of the page limitations set forth in District Judge Christine M. Arguello's Practice Standards.  *See* CMA Civ. Practice Standards III.A.1.  The parties have failed to demonstrate that this case is of "extrodinary complexity."  *Id.*

Dated:   February 25, 2014