IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02030–CMA–KMT

CLINTON J. DAWSON, and
JANELL DAWSON,

　　　　Plaintiffs,

v.

GOLDMAN SACHS & COMPANY,

　　　　Defendant.

## ORDER

　　　　This matter comes before the Court on "Goldman Sachs' Unopposed Motion for Entry of Order Regarding Privilege/Confidentiality Review of Third-Party Documents" (Doc. No. 62), For good cause shown, it is hereby

　　　　**ORDERED** that said Motion (Doc. No. 62) is **GRANTED**.  Mr. Wyatt shall produce to counsel of record for Goldman Sachs in this proceeding copies of the documents he intends to produce in response to plaintiffs' subpoena before disclosing them to plaintiffs or otherwise in this proceeding.  Counsel for Goldman Sachs shall promptly review those documents for privilege and confidentiality.  Any documents counsel for Goldman Sachs believes are subject to claims of privilege or other right of non-disclosure shall be identified on a privilege log and segregated for further handling.  The privilege log and all other documents produced by Mr.

Wyatt (those not subject to claims of privilege or other right of nondisclosure) shall be promptly provided to counsel for plaintiffs.

Mr. Wyatt shall also be provided with a copy of the privilege log. Documents subject to a claim of privilege shall not be disclosed to plaintiffs absent agreement of the parties or further order of this Court. All other rights of the parties with respect to the documents produced by Mr. Wyatt, including with respect to the original documents in Mr. Wyatt's possession, are preserved.

Dated this 5th day of May, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge