IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02030–CMA–KMT

CLINTON J. DAWSON, and
JANELL DAWSON,

    Plaintiffs,

v.

GOLDMAN SACHS & COMPANY,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion for Leave for Additional Pages to Respond to Plaintiffs' Motion for Protective Order" (Doc. No. 77, filed July 14, 2014) is GRANTED.  The Clerk of Court is direct to file "Goldman Sachs' Response to Plaintiffs' Motion for Protective Order and to Compel" (Doc. No. 77-1), attaching the Affidavit of Bruce A. Featherstone (Doc. No. 77-2) and Exhibits A-I (Doc. Nos. 77-3-77-11) thereto.

Defendants' previously filed "Unopposed Motion for Leave to Have Three Additional Pages for Response to Motion" (Doc. No. 76, filed July 11, 2014) is DENIED as moot.

Dated: July 17, 2014