IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02030-CMA-KMT | Date: | August 25, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| CLINTON J. DAWSON, and<br>JANELL DAWSON, | Blair Drazic |
| Plaintiffs, | |
| v. | |
| GOLDMAN SACHS & COMPANY, | Bruce Featherstone |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**1:28 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Also present on behalf of the intervenors, Mark Willis.

Discussion regarding the unavailability of Chris Wyatt to testify, assertion of attorney/client or confidentiality privilege with respect to answering questions at the deposition, and alleged intimidation of Chris Wyatt by Goldman Sachs.

The Court affirmatively states Mr. Wyatt may testify truthfully in this matter if subpoenaed by either party and such truthful testimony will not violate the court's previous orders.

**ORDERED:   Plaintiffs' Motion for a Protective Order to Prohibit Interference with Chris Wyatt Testimony and to Compel [66] is DENIED with leave to reassert if necessary after the deposition.  Counsel is specifically instructed to contact the court during the deposition if any issues arise.**

Discussion regarding a protective order, pending motions [92] and [93], case management schedule, NVP test (Net Present Value) with respect to Mr. Wyatt, potential request for business records deposition, pending motions to dismiss [32] and [52], extension of discovery deadlines, and use in this case of the Litton documents produced in 12-cv-01334-CMA-KMT.

Court states Mr. Wyatt's perception <u>is incorrect and overbroad</u> to the extent he believes "I cannot say anything related to anything I learned, anything I knew or anything related to Goldman Sachs and –and Litton during my tenure there." (excerpt taken from 12-cv-01334-CMA-KMT, Doc. No. 79-1, page 21, lines 22-25).  Privilege objections must be made on a question by question basis.

**ORDERED:** **Deadlines are extended for the limited purpose of discovery related to Chris Wyatt, as discussed.  Discovery deadline - October 24, 2014; Dispositive Motions Deadline - December 5, 2014.**

**ORDERED:** **Unopposed Motion to Intervene for Limited Purpose of Protecting Privileged and Confidential Documents [93] is GRANTED.**

Court states Mr. Willis and his two clients should be included in any review for privilege regarding documents in Mr. Wyatt's possession that are responsive to the document subpoena.

**ORDERED:** **Based on representations made in open court, Plaintiffs are directed to produce responsive documents to Defendant on or before August 29, 2014, including the Wyatt documents, as discussed.**

**ORDERED:** **The Telephonic Final Pretrial Conference is VACATED and RESET for February 5, 2015 at 9:30 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

**ORDERED:** **Defendant's oral motion to withdraw Goldman Sachs' Combined Motion and Memorandum to Dismiss First Amended Complaint [32] is GRANTED. The document is deemed WITHDRAWN.**

**2:42 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time    01:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.