IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02030–CMA–KMT

CLINTON J. DAWSON, and
JANELL DAWSON,

    Plaintiffs,

v.

GOLDMAN SACHS & COMPANY,

    Defendant.

## ORDER

This matter comes before the Court on Goldman Sachs' "Unopposed Motion to Amend Order (Dkt. #65)" [Doc. No. 97]. For good cause shown, it is hereby

**ORDERED**

Goldman Sachs' "Unopposed Motion to Amend Order (Dkt. #65)" [Doc. No. 97] is **GRANTED**. Mr. Wyatt shall produce to counsel of record for Goldman Sachs and Ocwen Loan Servicing, LLC and Litton Loan Servicing, LP in this proceeding copies of the documents he intends to produce in response to any request from any party or intervenor in this proceeding before disclosing them to plaintiffs or otherwise in this proceeding. Counsel for Goldman Sachs and Ocwen/Litton shall promptly review those documents for privilege and confidentiality. Any documents counsel believes are subject to claims of privilege or other right of non-disclosure shall be identified on a privilege log and segregated for further handling. The privilege log and all other

documents produced by Mr. Wyatt (those not subject to claims of privilege or other right of nondisclosure) shall be promptly provided to counsel for plaintiffs.

Mr. Wyatt shall also be provided with a copy of the privilege log. Documents subject to a claim of privilege or confidentiality shall not be disclosed to plaintiffs absent agreement of the parties or pursuant to order of this Court. All other rights of the parties with respect to the documents produced by Mr. Wyatt, including with respect to the original documents in Mr. Wyatt's possession, are preserved.

Dated this 16th day of September, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge