## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02030-CMA-KMT

CLINTON J. DAWSON, and
JANELL DAWSON,

    Plaintiffs,

v.

GOLDMAN SACHS & COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion to Dismiss Second Amended Complaint of Judge Christine M. Arguello entered on October 27, 2014 it is

ORDERED that Defendant's Motion to Dismiss (Doc. No. 52) is GRANTED. It is

FURTHER ORDERED that Plaintiffs' claims are DISMISSED WITH PREJUDICE.   It is

FURTHER ORDERED that this case is DISMISSED IN ITS ENTIRETY. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant and against Plaintiff. It is

FURTHER ORDERED Pursuant to D.C. Colo. L Civ. R. 54.1, Defendant may thereafter have its costs by filing a bill of costs within 14 days of the date of that order.

Dated at Denver, Colorado this 28th day of October, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   A. Thomas

                              Deputy Clerk