**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02030-CMA-KMT

CLINTON J. DAWSON, and
JANELL DAWSON,

    Plaintiffs,

v.

GOLDMAN SACHS & COMPANY,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR STAY
PROCEEDINGS ON DOC. #117**

---

This matter is before the Court on Defendant's Unopposed Motion To Stay Proceedings (Doc. # 118), filed December 11, 2014. The Court, having reviewed the motion and the case file, hereby ORDERS that the motion is GRANTED, and all proceedings in this action concerning Plaintiffs' Motion to Alter Judgment Pursuant to F.R.C.P. 59 (Doc. #117), dated November 24, 2014, pending decision of this Court on Plaintiffs' substantially similar motion in the related matter, Doc. # 124 in *Dawson v. Litton Loan Servicing, LP,* No. 12-CV-01334-CMA-KMT.

    DATED:  December 17, 2014

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge